IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02539-JLK**

**ANSUMANA J. ROGERS,**

Plaintiff,

v.

**CITY & COUNTY OF DENVER, and**
**MARION LUJAN, Career Service Authority,**

Defendant.

---

## ORDER

---

Kane, J.

Plaintiff's Motion for Extension of Time to File Combined Motion (Doc. 8), filed April 4, 2007, is GRANTED.

The parties report they have stipulated to the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  *See* Combined Motion (attached to Plaintiffs' Motion for Extension of Time (Doc. 8)).  Accordingly,

This action is hereby DISMISSED without prejudice, each party to pay its own costs and attorney's fees.

IT IS SO ORDERED this 6th day of April, 2007.

s/John L. Kane_____
John L. Kane, Senior Judge
United States District Court